IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-12-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| JESSE AMBROSE DEAGUERO, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for a Preliminary Order of Forfeiture (Doc. 65). Defendant Jesse Ambrose Deaguero appeared before the Court on August 8, 2024, and entered a plea of guilty to Count 1 of the Indictment. Deaguero's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 65) is **GRANTED**.

IT IS FURTHER ORDERED that Jesse Ambrose Deaguero's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Remington Arms Company Inc.; Model: 10-A; 12 gauge; pump action shotgun; S/N: 141541.

1

- Ithaca Gun CO; Model: UNK; 12 gauge; side by side shotgun; S/N: 116863.

- WM Goodyer; Model: Side by Side; 10 gauge; S/N: None.

- Remington Arms Company Inc.; Model: 721; 30-06 caliber; bolt action rifle; S/N: 241752.

- Maverick Arms (Eagle Pass, TX); Model: 88; 12 gauge; pump action shotgun; S/N: MV0247091.

- Remington Arms Company Inc.; Model: 700; 7mm caliber; bolt action rifle; S/N: RR24318C.

- Miscellaneous ammunition

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose

of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Jesse Ambrose Deaguero at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 21st day of August, 2024.

*Susan P. Watters*
Susan P. Watters, District Judge
United States District Court